IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARIUS JACKSON, Petitioner, | : : : | CIVIL ACTION |
| v. | : : : | NO. 15-4926 |
| COMMONWEALTH OF PENNSYLVANIA, et al., Respondents. | : : : : | |

FILED
FEB 18 2016
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**ORDER**

AND NOW, this 17th day of February, 2016, upon independent consideration of the Petition for Writ of Habeas Corpus (Dkt. No. 3), and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated January 27, 2016,

**IT IS HEREBY ORDERED** that:

1. the Report and Recommendation is **APPROVED** and **ADOPTED**; and

2. the Petition is **TRANSFERRED** to the United States District Court for the Middle District of Pennsylvania.

BY THE COURT:

_____
JOSEPH F. LEESON, JR., J.

2-18-16 mailed to Pro Se